UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA HOLUBAR,

    Plaintiff,                                         Case No. 1:10-cv-1275

v.                                                              Hon. Hugh W. Brenneman, Jr.

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.

_____/

**JUDGMENT**

In accordance with the court's order granting the parties' joint motion for remand:

The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for a new hearing and further consideration of plaintiff's application pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: May 5, 2011                                    /s/ Hugh W. Brenneman, Jr.
                                                           HUGH W. BRENNEMAN, JR.
                                                           United States Magistrate Judge